**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ESTATE OF GLORIA DECKARD, DAVID I. GRUNFELD, ADMINISTRATOR AD LITEM, T/A BEER HUT, | : | No. 651 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| ACME MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |

| | | |
|---|---|---|
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 850 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |

| | | |
|---|---|---|
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 830 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |

v.                                :
                                  :
                                  :
                                  :
                                  :
PENNSYLVANIA LIQUOR CONTROL        :
BOARD,                            :
                                  :
                Respondent         :
                                  :
NICK, CFM, LLC,                   :
                                  :
                Intervenor         :
                                  :
MECHANICSBURG DISTRIBUTING, INC.   :   No. 849 MAL 2015
AND 6485 CARLISLE PIKE            :
ASSOCIATES, L.P.,                 :
                                  :
                                  :   Petition for Allowance of Appeal from
                Petitioners        :   the Order of the Commonwealth Court
                                  :
                                  :
       v.                          :
                                  :
                                  :
PENNSYLVANIA LIQUOR CONTROL        :
BOARD,                            :
                                  :
                Respondent         :
                                  :
GIANT FOOD STORES, LLC,           :
                                  :
                Intervenor         :
                                  :
MALT BEVERAGE DISTRIBUTORS         :   No. 851 MAL 2015
ASSOCIATION,                      :
                                  :
                Petitioner         :   Petition for Allowance of Appeal from
                                  :   the Order of the Commonwealth Court
                                  :
       v.                          :
                                  :
                                  :
PENNSYLVANIA LIQUOR CONTROL        :
BOARD,                            :
                                  :
                Respondent         :
                                  :

WEIS MARKETS, INC.,                          :

                                             :

              Intervenor                     :

MALT BEVERAGE DISTRIBUTORS                   :    No. 852 MAL 2015
ASSOCIATION AND DERR                         :
ENTERPRISES, INC.,                           :
                                             :
                                             :    Petition for Allowance of Appeal from
              Petitioners                    :    the Order of the Commonwealth Court
                                             :
                                             :
              v.                             :
                                             :
                                             :
PENNSYLVANIA LIQUOR CONTROL                  :
BOARD,                                       :
                                             :
              Respondent                     :
                                             :
WEIS MARKETS, INC.,                          :
                                             :
              Intervenor                     :

DUFFER'S BEVERAGE, LLC,                      :    No. 853 MAL 2015
                                             :
              Petitioner                     :
                                             :
                                             :    Petition for Allowance of Appeal from
                                             :    the Order of the Commonwealth Court
              v.                             :
                                             :
                                             :
PENNSYLVANIA LIQUOR CONTROL                  :
BOARD,                                       :
                                             :
              Respondent                     :
                                             :
WEIS MARKETS, INC.,                          :
                                             :
              Intervenor                     :

MALT BEVERAGE DISTRIBUTORS                   :    No. 854 MAL 2015
ASSOCIATION,                                 :
                                             :
                                             :
              Petitioner                     :    Petition for Allowance of Appeal from
                                             :    the Order of the Commonwealth Court
                                             :

v.                               :

PENNSYLVANIA LIQUOR CONTROL    :
BOARD,

        Respondent              :

WEIS MARKETS, INC.,            :

        Intervenor

MALT BEVERAGE DISTRIBUTORS      :   No. 855 MAL 2015
ASSOCIATION,
                                :
        Petitioner              :   Petition for Allowance of Appeal from
                                :   the Order of the Commonwealth Court
        v.                      :

PENNSYLVANIA LIQUOR CONTROL    :
BOARD,
                                :
        Respondent              :

GIANT EAGLE, INC.,             :

        Intervenor              :

                                :

MALT BEVERAGE DISTRIBUTORS      :   No. 115 MAL 2016
ASSOCIATION AND STAR BEVERAGE,
INC.,                           :
                                :   Petition for Allowance of Appeal from
        Petitioners             :   the Order of the Commonwealth Court

        v.                      :

PENNSYLVANIA LIQUOR CONTROL    :
BOARD,
                                :
        Respondent              :

OHIO SPRINGS, INC.,            :

        Intervenor              :

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 30th day of August  2016, the Petition for Allowance of Appeal is **DENIED**.